## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, Geoffrey Gordon, a Special Agent for the United States Department of Homeland Security, Homeland Security Investigations (HSI), declare the following:

## PROFESSIONAL BACKGROUND.

1.     I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") and am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I am empowered by law to conduct investigations of, and to make arrests for, federal offenses. Since 2006, I have been a federal law enforcement officer charged with conducting criminal investigations, and I am currently assigned to the HSI Philadelphia Cyber Crimes Investigations Group. In this capacity, I conduct investigations involving the use of computers and the Internet, to include financial crimes, such as violations of the Money Laundering Control Act of 1986, Bank Secrecy Act, and the USA Patriot Act of 2001.

2.     I received training and gained experience in investigating computer-based crimes, computer evidence identification, computer evidence seizure and processing, investigating, analyzing and tracing virtual currency transactions and various other criminal laws and procedures.

3.     Because this unsworn declaration is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the

1

information contained in this unsworn declaration, either through personal investigation or through discussions with other law enforcement officers who have interviewed individuals or personally obtained information, which they, in turn, have reported to me.

## ITEM TO BE FORFEITED

a. The domain name EGYPT.COM, which is currently in the custody of NameCheap, Inc. which has its headquarters at 4600 East Washington Street, Suite 300, Phoenix, AZ 85034. Since April 2, 2026 domain name EGYPT.COM has been restricted from transfer by a District of Puerto Rico seizure warrant 26-262(M) served on NameCheap.

## BACKGROUND ON DOMAIN NAMES

4.      Based on my training and experience and information learned from others, I am aware of the following:

5.      Internet Protocol Address: An Internet Protocol address ("IP address") is a unique numeric address used by devices on the Internet. Every device attached to the Internet must be assigned a public IP address so that Internet traffic sent from and directed to that device may be directed properly from its source to its destination. An IP address acts much like a home or business street address—it enables devices connected to the Internet to properly route traffic to each other. Devices connected to the Internet are assigned public IP addresses by Internet service providers ("ISPs"). There are two types of IP addresses: IPv4 (Internet Protocol version 4) and IPv6 (Internet Protocol version 6). An IPv4 address has four sets ("octets") of numbers, each ranging from 0 to 255, separated by periods (e.g., 149.101.82.209). An IPv6 address has eight groups ("segments") of hexadecimal numbers, each ranging from 0 to FFFF, separated by colons (e.g., 2607:f330:5fa1:1020:0000:0000:0000:00d1).

2

6. Domain Name: A domain name is a string of text that maps to an IP address and serves as an easy-to-remember way for humans to identify devices on the Internet (e.g., "justice.gov"). Domain names are composed of one or more parts, or "labels," delimited by periods. When read right-to-left, the labels go from most general to most specific. The right-most label is the "top-level domain" ("TLD") (e.g., ".com" or ".gov"). To the left of the TLD is the "second-level domain" ("SLD"), which is often thought of as the "name" of the domain. The SLD may be preceded by a "third-level domain," or "subdomain," which often provides additional information about various functions of a server or delimits areas under the same domain. For example, in "www.justice.gov," the TLD is ".gov," the SLD is "justice," and the subdomain is "www," which indicates that the domain points to a web server.

7. Based on my training, experience and conversations with subject-matter experts, I understand that domain names are frequently treated as income-generating assets and commercial instruments. Parties may acquire and hold domains for resale to end users or brokers, often targeting short, brandable, exact match keyword domains, geographic names, and emergent technology terms. Domain parking may be used to generate pay per click revenue from direct type in traffic, while additional revenue may be generated through display advertising, affiliate marketing, lead generation, product sales, and subscription models.

8. Domain Name System: The Domain Name System ("DNS") is the way that Internet domain names are located and translated into IP addresses. DNS functions as a phonebook for the Internet, allowing users to find websites and other resources by their names while translating them into the IP addresses that their computers need to locate them.

3

9.      Domain Name Servers: Domain Name Servers ("DNS servers") are devices or programs that convert, or resolve, domain names into IP addresses when queried by web browsers or other DNS "clients."

10.     Registrar: A registrar is a company that has been accredited by the Internet Corporation for Assigned Names and Numbers ("ICANN") or a national country code top-level domain (such as .uk or .ca) to register and sell domain names. Registrars act as intermediaries between registries and registrants. Registrars typically maintain customer and billing information about the registrants who used their domain name registration services.

11.     Registry: A domain name registry is an organization that manages top-level domains, including by setting usage rules and working with registrars to sell domain names to the public. For example, the registry for the ".com" and ".net" top-level domains is VeriSign, Inc., which is headquartered at 12061 Bluemont Way, Reston, Virginia.

12.     Registrant: A registrant is the person or entity that holds the right to use a specific domain name sold by a registrar. Most registrars provide online interfaces that can be used by registrants to administer their domain names, including to designate or change the IP address to which their domain name resolves. For example, a registrant will typically "point" their domain name to the IP address of the server where the registrant's website is hosted.

13.     WHOIS: WHOIS is a protocol used for querying databases that store registration and other information about domains, IP addresses, and related Internet resources. For example, results from a WHOIS search of a domain would likely include contact information for the registry, the registrar, and the ISP that owns the IP address to which the

4

domain points. Contact information for the registrant of the domain might be provided but is often redacted, masked, or inaccurate.

## BACKGROUND REGARDING VIRTUAL CURRENCY AND DARKNET SITES

14. Virtual Currency: Virtual currencies are digital tokens of value circulated over the Internet as substitutes for traditional fiat currency. Virtual currencies are not issued by any government or bank like traditional fiat currencies such as the U.S. dollar but rather are generated and controlled through computer software. Bitcoin (or "BTC") is currently the most well-known virtual currency in use.

15. Virtual Currency Address: Virtual currency addresses are the particular virtual locations to which such currencies are sent and received. A virtual currency address is analogous to a bank account number and is represented as a string of letters and numbers.

16. Private Key: Each virtual currency address is controlled through the use of a unique corresponding private key, a cryptographic equivalent of a password, which is needed to access the address. Only the holder of an address's private key can authorize a transfer of virtual currency from that address to another address.

17. Virtual Currency Wallet: A virtual currency wallet is a software application that interfaces with the virtual currency's specific blockchain and generates and stores a user's addresses and private keys. A virtual currency wallet also allows users to send and receive virtual currencies. A virtual currency wallet can hold many virtual currency addresses at one time.

18. Blockchain: Many virtual currencies publicly record all of their transactions on what is known as a blockchain. The blockchain is essentially a distributed public ledger, run by the decentralized network of computers, containing an immutable and historical record of

every transaction utilizing that blockchain's technology. The blockchain can be updated multiple times per hour and records every virtual currency address that has ever received that virtual currency and maintains records of every transaction and all the known balances for each virtual currency address. There are different blockchains for different types of virtual currencies.

19. Blockchain Explorer: These explorers are online tools that operate as a blockchain search engine allowing users the ability to search for and review transactional data for any addresses on a particular blockchain. A blockchain explorer is software that uses API and blockchain nodes to draw data from a blockchain and uses a database to arrange and present the data to a user in a searchable format.

20. Virtual Currency Exchanges: Virtual currency exchanges ("VCEs") are trading and/or storage platforms for virtual currencies such as BTC. Many VCEs also store their customers' virtual currency in virtual currency wallets. As previously stated, these wallets can hold multiple virtual currency addresses associated with a user on a VCE's network. Because VCEs act as money services businesses, they are legally required to conduct due diligence of their customers (i.e., "know your customer" or "KYC" checks) and to have anti-money laundering programs in place (to the extent they operate and service customers in the United States or other countries with similar requirements). A U.S.-based VCE is thus required to collect identifying information of their customers and verify their clients' identities. See 31 U.S.C. § 5311 et seq. (Bank Secrecy Act).

21. Blockchain Analysis: As previously stated, while the identity of a virtual currency address owner is generally anonymous, law enforcement can identify the owner of a particular virtual currency address by analyzing the blockchain (e.g., the BTC blockchain).

The analysis can also reveal additional addresses controlled by the same individual or entity. For example, when an organization creates multiple BTC addresses, it will often combine its BTC addresses into a separate, central BTC address (i.e., a "cluster"). It is possible to identify a cluster of BTC addresses held by one organization by analyzing the BTC blockchain's transaction history. Open-source tools and private software products can be used to analyze a transaction.

22.    In addition to using publicly available blockchain explorers, law enforcement uses commercial services offered by several different blockchain analysis companies to investigate virtual currency transactions. These companies analyze virtual currency blockchains and attempt to identify the individuals or groups involved in transactions. Through numerous unrelated investigations, law enforcement has found the information provided by these companies to be reliable.

23.    Darknet Sites: The "darknet" is a portion of the Internet, where individuals must use an anonymizing software or application in order to access content and websites. Within the darknet, criminal marketplaces operate, allowing individuals to buy and sell illegal items, such as drugs, firearms, and stolen credit card data, with greater anonymity than is possible on the traditional Internet (sometimes called the "clear web"). These online market websites use a variety of technologies and techniques, to ensure that communications and transactions are shielded from interception and monitoring. Famous darknet marketplaces, also called Hidden Services, such as Silk Road, AlphaBay, and Hansa (all of which have since been shut down by law enforcement), operated similarly to clear web commercial websites such as Amazon and eBay, but offered illicit goods and services. Payment on criminal darknet sites is almost exclusively conducted using virtual currency.

7

## FACTS

**Summary of Facts:**

24.     An HSI investigation into the real person(s) who controlled and operated the darknet marketplace ABACUS MARKET identified a money laundering network used to launder the proceeds of drug trafficking, including drug sales in the District of Puerto Rico.  As part of this money-laundering activity,  the virtual currency Monero was exchanged into Bitcoin via a foreign virtual currency exchange (VCE) account held in an unconfirmed identity. This Bitcoin was then transferred to a Bitcoin wallet controlled by the suspected Administrator of ABACUS MARKET and then used to purchase the domain EGYPT.COM for approximately $638,000 via a U.S. domain brokerage and a U.S. VCE on September 17, 2024. The purchase of the SUBJECT DOMAIN NAME was conducted using a suspected intermediary. On the date the domain EGYPT.COM was purchased, the same IP address was used to access both the foreign VCE account which originated the Bitcoin transfer and the U.S. VCE account used to transact the purchase, though both are nominally held in differing names in distinct countries. The evidence indicates the true owner of the domain EGYPT.COM is the Administrator of ABACUS MARKET and it was purchased using proceeds of drug trafficking and was involved in money laundering.

**ABACUS MARKET was a Darknet Marketplace that Facilitated Drug Trafficking:**

25.     ABACUS MARKET was a darknet marketplace that offered for sale "Drugs & Chemicals," "Counterfeit items," "Fraud," "Jewels & gold," "Carded items," and "Software & Malware." Below ais an image from the homepage for ABACUS MARKET from January 7, 2025, showing the categories of products offered for sale on ABACUS

8

MARKET. The largest category by far - 29,280 items – are under "Drugs & Chemicals"; all other categories combined are only 17,042 items:

| ⊙ BROWSE CATEGORIES | |
|---|---|
| *Click on the left arrow to see subcategories* | |
| ⟩ Drugs & Chemicals | (29280) |
| ⟩ Counterfeit items | (281) |
| ⟩ Digital Products | (4232) |
| ⟩ Fraud | (5438) |
| ⟩ Guides & Tutorials | (4839) |
| ⟩ Jewels & Gold | (58) |
| ⟩ Carded items | (49) |
| ⟩ Services | (528) |
| ⟩ Software & Malware | (1269) |
| ⟩ Security & Hosting | (192) |
| Other Listings | (156) |

26.     ABACUS MARKET operated from at least 2021 through July 2025, when it ceased operations. According to a Chainalysis Report dated May 16, 2025, titled "Darknet market and fraud shop BTC revenues decline amid years-long international law enforcement disruption,"[1]  ABACUS MARKET grew over time and in 2024 was the highest-earning darknet marketplace serving Western customers, receiving $43.3 million in traceable virtual currency payments. Below is a chart from the Chainalysis Report summarizing ABACUS MARKET's revenue growth:

---

[1] https://www.chainalysis.com/blog/darknet-markets-2025/

# Abacus Market: Facilitating illicit drug trade

In 2024, Abacus Market was the highest-earning DNM serving Western customers. Last year, Abacus Market received $43.3 million on-chain.



**Abacus annual flows by year and transfer type**
2021 - 2024

27.     As part of other investigations, I accessed and reviewed ABACUS MARKET multiple times while it was operating and observed that it primarily offered illegal narcotics and controlled substances for sale.  For instance, on January 7, 2025, I accessed ABACUS MARKET and below is an image of the homepage for ABACUS MARKET from that date, which I preserved:

10



28.    On January 7, 2025, I accessed ABACUS MARKET and reviewed all items for sale under the category "Oxycodone". There were 437 results as depicted in the below image of ABACUS MARKET from that date, which I preserved:



29.     I have personally conducted, been involved in and am aware of, HSI investigations

of drug trafficking conducted via ABACUS MARKET.  For instance, I led an investigation

of a vendor who sold prescription opioids diverted from the lawful Chinese pharmaceutical

marketplace to U.S. buyers via darknet marketplaces, including ABACUS MARKET.  The

vendor was convicted of federal narcotics violations in the Eastern District of Pennsylvania,

for sending over 15,000 drug shipments to U.S. customers and admitted to using ABACUS

MARKET as part of his criminal activities. I interviewed multiple customers of this vendor

who admitted to purchasing drugs from the vendor via ABACUS MARKET and seized a

parcel of Oxycodone pills purchased via ABACUS MARKET.  Records show this same

vendor made at least two shipments of narcotics to Vieques, Puerto Rico, on April 8, 2022, and on January 3, 2024.

30.    Blockchain analysis identified a cluster of over 378,000 Bitcoin addresses that were part of ABACUS MARKET, bc1qf2r3xdaz899j6s37knr8qr2rxk2cgenq79w243 or "the ABACUS MARKET Cluster".    The ABACUS MARKET Cluster was first active November 6, 2021. The last withdrawal transaction from the ABACUS MARKET Cluster was on June 30, 2025, which coincides with ABACUS MARKET's cessation of operations. During this time frame, the ABACUS MARKET Cluster sent and received over 1,900 Bitcoin, worth approximately $101 million, via over 489,000 transfers[2].

**ABACUS MARKET Drug Trafficking Activity in the District of Puerto Rico**

31.    As detailed above I am aware that at least two drug shipments sent by a darknet vendor who operated on ABACUS MARKET were sent to Puerto Rico.

32.    Additionally, I have reviewed records that indicate a resident of Puerto Rico sent Bitcoin from his U.S. VCE account to ABACUS MARKET. The Bitcoin sent to ABACUS MARKET by this person was acquired via a cash transaction in Juana Diaz, Puerto Rico.

**CLUSTER dqw4lf was Controlled by the ABACUS Administrator and Used to Launder Drug Trafficking Proceeds**

33.    Through blockchain analysis and other investigation, I identified a cluster of Bitcoin addresses that, based on the evidence and information presented herein, was likely controlled by the administrator of ABACUS MARKET and was used to launder the proceeds    of    ABACUS    MARKET's    drug    trafficking    activities.    This    cluster

---

[2] Throughout this affidavit, values converted to U.S. dollars of cryptocurrency transactions are expressed at rates prevalent during the timeframe of the transaction, unless otherwise noted.

13

bc1q5au60qgrvdrfpmlr5k0uekudsj6vqu8rdqw4lf or "CLUSTER dqw4lf" was active from January 6, 2022, through January 15, 2025, and consists of 418 addresses. While active, CLUSTER dqw4lf sent and received over 167 Bitcoin, worth over $5.1 million and $5.7 million, respectively, via 861 transfers[3]. The below chart from Chainalysis summarizes CLUSTER dqw4lf:

## CLUSTER dqw4lf  ⬚  ⓘ

Suspected wallet (Electrum)    Very likely          Asset   USD   ⬚   BTC

Overview    Counterparties    Transfers    Addresses    Observations          ⬇

### Summary    ⌄

| Cluster ID ⓘ | Balance | 0.000193 BTC | Transfers ⓘ | 861 |
| bc1q5au60qgrvdrfpmlr5k0ueku.. ⬚ | Sent | 167.6237 BTC | Withdrawals | 680 |
| Activity | Received | 167.6780 BTC | Deposits | 181 |
| Jan 6, 2022    Jan 15, 2025 | Total fees | 0.054109 BTC | Addresses | 418 |

34.     As detailed in the above chart, Chainalysis labeled CLUSTER dqw4lf a "Suspected wallet (Electrum)". Based on training and experience I know that Electrum is a popular software wallet that allows a user to store Bitcoin private keys on a digital device and that Chainalysis's labeling of CLUSTER dqw4lf indicates it suspects the 418 Bitcoin addresses which form CLUSTER dqw4lf are part of an Electrum user's wallet.

35.     Blockchain analysis of CLUSTER dqw4lf indicates it is/was controlled by the ABACUS MARKET Administrator:

> a.  CLUSTER dqw4lf was the single largest recipient of Bitcoin from ABACUS MARKET, receiving over 151 Bitcoin worth over $4.3 million. Transfers from ABACUS MARKET form over 90 percent of the Bitcoin sent to CLUSTER dqw4lf. Based on training and

---

[3] These amounts differ due to the increase in the value of Bitcoin during the period.

experience the receipt of such a large amount, forming the vast majority of the deposits, and being the largest single beneficiary of transfers from ABACUS MARKET, strongly indicates CLUSTER dqw4lf is controlled by the ABACUS MARKET Administrator and was used to launder proceeds of ABACUS MARKET's drug trafficking activities.

b. In U.S. dollar value, the 151 Bitcoin sent to CLUSTER dqw4lf from ABACUS MARKET amounts to approximately 5.85 percent of ABACUS MARKET's activity during that time frame[4]. Based on training and experience and conversations with other law enforcement officers who have conducted investigations into darknet marketplaces, I know that darknet marketplaces generated revenue by charging vendors a transaction fee and that 5.85 percent of sales revenue is within the known range of transaction fees, corroborating that CLUSTER dqw4lf is controlled by the ABACUS MARKET Administrator and was used to laundering proceeds of ABACUS MARKET's drug trafficking activities.

c. The majority of the 151 Bitcoin transferred from ABACUS MARKET to CLUSTER dqw4lf, occurred in round figure transfers, totaling

---

[4] As noted herein, CLUSTER dqw4lf was active January 6, 2022, through January 15, 2025. During this time, it received approximately 151 Bitcoin worth over $4.3 million from ABACUS MARKET. During this same period ABACUS MARKET received approximately 1,703 Bitcoin worth over $27.3 million. The over $4.3 million in Bitcoin sent to CLUSTER dqw4lf by ABACUS MARKET is approximately 5.85 percent of the over $27.3 million in Bitcoin that ABACUS MARKET earned during that period.

15

126.6 Bitcoin or over 83 percent[5]. Of the 63 total transfers, 21 were in round figures and are summarized in the below chart. Based on training and experience I know that round figure transfers such as these are extremely rare between darknet marketplaces and vendors or customers. As detailed in images of ABACUS MARKET presented herein, prices for drugs were listed in U.S. dollar amounts, not Bitcoin. Bitcoin served as the medium of payment, but the amounts were determined based on the sales price in U.S. dollars as converted to Bitcoin. As such, the amounts of Bitcoin paid by customers to ABACUS MARKET as well as the amount withdrawn by vendors from the market were rarely round figures. Based on training and experience, that the 126.6 Bitcoin (which was the majority of 151 Bitcoin transferred from ABACUS MARKET to CLUSTER dqw4lf) transfers occurred in round figure transactions, consistently over the period of the transfers indicates that these were withdrawals by the Administrator of ABACUS MARKET of proceeds of ABACUS MARKET's drug trafficking:

| Date | Bitcoin |
|---|---|
| December 2, 2022 | 14.00 |
| November 30, 2023 | 10.00 |

[5] In blockchain transaction analysis, investigators often distinguish between "round" amounts and high-precision amounts because the two categories may suggest different transaction behaviors. Cryptocurrency systems allow transfers to many decimal places (e.g., to eight or eighteen decimal points). As a result, amounts generated by automated processes, such as exchange withdrawals or fee calculations, frequently contain several non-zero decimal digits. By contrast, transactions initiated manually by a user are often expressed in simpler values (limited decimal precision), which are commonly referred to as "round" figures or numbers. For example, a user may choose to send 7.5 units of a cryptocurrency, rather than 7.0012 units.

| | |
|---|---|
| November 7, 2023 | 8.50 |
| August 30, 2023 | 8.00 |
| September 27, 2023 | 7.50 |
| August 21, 2023 | 7.00 |
| September 22, 2023 | 7.00 |
| July 3, 2023 | 6.00 |
| July 13, 2023 | 6.00 |
| August 2, 2023 | 6.00 |
| August 14, 2023 | 6.00 |
| October 9, 2023 | 6.00 |
| May 17, 2023 | 4.80 |
| July 26, 2023 | 4.75 |
| July 20, 2023 | 4.50 |
| June 5, 2023 | 4.00 |
| June 12, 2023 | 4.00 |
| June 20, 2023 | 4.00 |
| October 29, 2024 | 3.05 |

d. CLUSTER dqw4lf used the Bitcoin it received from ABACUS MARKET to send Bitcoin to an internet hosting service known to provide services to other darknet marketplaces, among other destinations. CLUSTER dqw4lf sent 80 transfers totaling over one Bitcoin in total from 2022 to 2023 to several VCE accounts controlled by a foreign internet hosting service which has been identified in other HSI investigations as being used by darknet marketplaces to maintain the digital infrastructure necessary to operate. These 80 payments were sent consistently during this period, consistent with regular fees paid by an internet-based business to a hosting service. Based on training and experience such payments are consistent with the Administrator of a darknet marketplace, rather than a customer or vendor, and are further proof that CLUSTER dqw4lf is controlled by the ABACUS

17

MARKET Administrator and was used to laundering proceeds of ABACUS MARKET's drug trafficking activities.

36.    Based on (i.) the more-than 151 Bitcoin (worth over $4.3 million) transferred from ABACUS MARKET to CLUSTER dqw4lf, making it the single largest recipient of Bitcoin from ABACUS MARKET; (ii.) that these transfers equate to approximately 5.85 percent of ABACUS MARKET's revenue, which is consistent with the amount in fees charged by darknet market administrators; (iii.) that the majority of transfers the transfers were in round figure amounts, which is consistent with withdrawals by an administrator; and (iv.) the use of the transfers from ABACUS MARKET by CLUSTER dqw4lf to make 80 payments, totaling over one Bitcoin, consistently to a foreign internet hosting service known to provide hosting services to other darknet marketplaces, and my training and experience, I believe that CLUSTER dqw4lf is/was controlled by the Administrator of ABACUS MARKET, and was used to receive and launder proceeds of ABACUS MARKET's drug trafficking activities.

**Egypt.com was Purchased by the ABACUS Administrator With Proceeds of Drug Trafficking on September 17, 2024**

*A. The HTX Account ending 8308*

37.    On August 27, 2024, twenty-one days prior to the purchase of the SUBJECT DOMAIN NAME, an account ending 8308 at foreign VCE HTX ("HTX 8308 account") was opened in the name V.H. using a Tutamail.com[6] email account.  No further customer

---

[66] Tutamail now known as Tuta, is an end-to-end encrypted email service based in Germany. Though the use of Tuta's products is not illegal, based on training and experience I know that cyber criminals, including those involved in darknet drug trafficking, often use Tutamail and other end-to-end encrypted email services to communicate, in order to conceal their activities from law enforcement.

information was provided and HTX did not conduct customer due diligence or KYC to confirm the identity of the account holder.

38. The HTX 8308 account was funded exclusively with Monero (XMR). XMR is a virtual currency whose blockchain is private, therefore it is impossible for law enforcement or any other party to trace the origin or destination of XMR, defeating one of the primary advantages of virtual currency – a public blockchain to verify transaction. A February 13, 2026 report by TRM Labs titled "Monero in 2025: Persistent Use and Emerging Network-Layer Insights" noted "*Indeed several darknet marketplaces use XMR exclusively*" and that cyber-criminals preference for XMR has led to "*many of the world's largest trading platforms have delisted or restricted Monero due to traceability and regulatory concerns, including Binance, Coinbase, Kraken, OKX, Huobi, and Bitstamp. Some reports suggest there were 73 exchanges delisting Monero in 2025 alone*"[7].

39. The first deposit into the HTX 8308 account was on August 30, 2024, for 85.73 XMR. This funded a withdrawal of approximately 13,900 in USDT[8] that same day to another VCE account (Kraken) held in the name of a business in the United Kingdom. Investigation of the passport provided as the proof of identity when opening the Kraken account indicates it is fraudulent.

40. The next activity in account 8308 was a series of deposits totaling 3,878 XMR from September 14 to 17, 2024. The deposits XMR funded the following Bitcoin withdrawals:

---

[7] https://www.trmlabs.com/resources/blog/monero-in-2025-persistent-use-and-emerging-network-layer-insights

[8] USDT is a digital token commonly known as a "stablecoin," issued by Tether Limited and designed to maintain parity with the U.S. dollar (approximately 1 USDT = 1 USD). USDT is issued on and transacted across multiple blockchain networks, is moved between cryptographic addresses by blockchain transactions, and is used for transfers, settlement, and trading in cryptocurrency markets.

a. 0.215599 Bitcoin sent to an account of a U.S.-based virtual currency exchange, BitPay("the BitPay account")held in the name A.Y. on September 16, 2024, via 7f81419c4ee30d9c5ccfe1883462c55a772b29efee4cd3ac30b4b7aad4be85a3, and

b. three transfers totaling 10.985 Bitcoin to CLUSTER dqw4lf:

    i. 1.45480645 Bitcoin on September 16, 2024, via 4713c2bd9eb0ebf1073be71009a2fb9039529bcb354e035a0e2049fa45067e91

    ii. 4.93684628 Bitcoin on September 17, 2024, via 51f08692901ff907890a599a3eccabe273daf65cd5e4b48ca35f6c6684f3b51 and,

    iii. 4.59341858 Bitcoin on September 17, 2024, via a8aa7023056b70d3610e732a679dfbeadbe76b68ca7b48068d4399d9843fcd1b.

41.    There was no further activity in the HTX 8308 account.   The activity is summarized in the chart below:

20



42.    The HTX 8308 account was opened with a Tutamail email account and provided no customer information aside from a name.  The activity in the HTX 8308 account, which began only a few days prior to the transfers to the BitPay account  and to CLUSTER dqw4lf, and consisted of only the receipt of XMR which was immediately converted to USDT and BTC and withdrawn, indicates (based on my training and experience) that the account was created solely to launder XMR into to USDT and BTC, in order to conceal the true source, ownership and control of the virtual currency[9].

B. *The Bitcoin from the HTX 8308 Account  sent to the BitPay account was used to Purchase an Internet Domain in the Name of a Suspected Intermediary – A.Y.*

---

[9] Because of the difficulty in tracing XMR, the provenance of the funds in the HTX 8308 account cannot be determined.  Nonetheless, the facts detailed above indicate a close connection between the HTX 8308 account with CLUSTER dqw4lf and the AY account (the only accounts with which the HTX 8308 account interacted during its short span of activity).

43.    Investigation of the 0.215599 Bitcoin sent from the HTX  8308 account to the BitPay account  held in the name A.Y. on September 16, 2024, determined the following:

    a.  The transfer was payment for the purchase of an internet domain for $12,500 by A.Y. via Atom, a U.S.-based domain broker.

    b.  A.Y. provided BitPay a Kazakhstan ID card and an address in Kazakhstan,  and used an @inbox.lv email address for the transaction, which was the first by A.Y. with the BitPay account.   Based on training and experience I know that @inbox.lv is an email provider based in Latvia.

    c.  A.Y. provided Atom with an address in the United Kingdom and a phone number with a U.K. county code and the same @inbox.lv email address given to BitPay. Open-source searches indicate the United Kingdom address is a well-reviewed pub in London.

    d.  In 2025 this domain was transferred to another owner, a tech company listing an address in Cyprus.

44.    Based on training and experience, the following suggests that A.Y. is the name of a suspected intermediary used by the true owner of the BitPay account:  (i.) the inconsistent geography of the information provided by A.Y. to open the BitPay account and provided by A.Y. to Atom, (ii.) a Kazakhstan identity, (iii.) an email account based in Latvia, (iv.) addresses in Kazakhstan and a pub in London and (v.) a U.K. phone number. Moreover, the preceding details, along with the source of the purchase funds - 0.215599 Bitcoin sent from V.H.'s account ending 8308 – suggest that the internet domain purchased by A.Y.,

22

$12,500 on September 16, 2024, was not purchased nor owned by A.Y. but rather another individual using A.Y. as an intermediary.

*C. The Bitcoin from the HTX Account ending 8308 sent to CLUSTER dqw4lf was used to Purchase the SUBJECT DOMAIN NAME in the Same Intermediary Name – A.Y.*

45.     As detailed above, from September 16-17, 2024,  three transfers totaling 10.985 Bitcoin were sent to CLUSTER dqw4lf from V.H.'s HTX account ending in 8308.  These funded two transfers, summarized in the above chart from CLUSTER dqw4lf to the BitPay account held in the name A.Y.:

    a.  10.75262608    Bitcoin    on    September    17,    2024,    via 129a478ecc3088404b0057772d11147739d07cbf8b6e478ac55bab85bc16 eefb, and

    b.  0.03874641    Bitcoin    on    September    18,    2024,    via a148b97df636b4d0bf952b918d5376d2a323f9f5ef7e5fa7245b387ea1b8d f1d

46.     Investigation of the 10.7913 Bitcoin sent from CLUSTER dqw4lf to the BitPay account held in the name A.Y. on September 17-18, 2024, determined the transfers were payment for the purchase of the SUBJECT DOMAIN NAME for $638,000 by A.Y. via Atom.

47.     Based on information provided by Atom, A.Y. initially told Atom to transfer the two domains that A.Y. had purchased to an account at GoDaddy, associated with an @protonmail[10] account, but they were transferred to an account at Namecheap associated

---

[10] Protonmail is an end-to-end encrypted email service based in Switzerland.  As with Tutamail, though the use of Protonmail's products is not illegal, based on training and experience I know that cyber criminals, including those involved in darknet drug trafficking, often use Protonmail

with the same @protonmail account. The Namecheap account which received the domains was in A.Y.'s name and used the same address in the United Kingdom and phone number with a U.K. county code provided to Atom.

48.     Namecheap records show that this account received a $20 payment for maintained ees via BTCPAY on July 24, 2025 ,for the SUBJECT DOMAIN NAME. Per its website[11], BTCPAY is "a free, open-source, and self-hosted bitcoin payment gateway that allows self-sovereign individuals and businesses to accept bitcoin payments online or in person without any fees", and "It's secure, private, censorship-resistant, and free". Among its features, BTCPAY offers "Direct, peer-to-peer Bitcoin payments", "No KYC", and "Tor support"[12]. Because this payment was made via BTCPAY, investigators are unable to determine the source or control of the $20 payment made to Namecheap for the SUBJECT DOMAIN NAME.

49.     Based on training and experience, as with the purchase of the first internet domain by A.Y., the following factors suggest that A.Y. is an intermediary used by the true owner of the BitPay account:

      a.   the inconsistent geography of the information provided by A.Y. to open the BitPay account and to Atom,

      b.   a Kazakhstan identity,

      c.   an email account based in Latvia,

      d.   addresses in Kazakhstan and a pub in London, and

---

and other end-to-end encrypted email services to communicate, in order to conceal their activities from law enforcement.

[11] https://btcpayserver.org

[12] Based on training and experience I know that Tor is a refence to the onion router, which is the anonymizing software commonly used to access darknet sites like ABACUS MARKET.

24

     e. a U.K. phone number,

50.    In addition to the above, the following suggests that the SUBJECT DOMAIN NAME was not purchased nor owned by A.Y. but rather by another individual using A.Y. as an intermediary: (i) the source of the purchase funds - 10.985 Bitcoin sent from V.H.'s HTX 8308 account were sent to CLUSTER dqw4lf, (ii) the use of a second email account, a Protonmail account, and (iii) the later use of BTCPAY to pay registration fees,

**Internet Protocol Records Link the HTX Account and the Purchase of Egypt.com**

51.    Analysis of the IP addresses used to access V.H.'s HTX account ending 8308 and A.Y.'s @inbox.lv account show that both were accessed by the same IP address in Ukraine on September 17, 2024, which is the date the SUBJECT DOMAIN NAME was purchased nominally by A.Y. (i.) using XMR that was deposited into V.H.'s HTX account ending 8308 and converted to Bitcoin the day prior, and (ii.) then sent via CLUSTER dqw4lf, an Electrum wallet that is controlled by the ABACUS MARKET Administrator, to the BitPay account nominally in the name of A.Y. The BitPay account and the Atom account are linked to A.Y.'s @inbox.lv account.

52.    Based on training and experience, this further confirms that the true owner of the SUBJECT DOMAIN NAME is the ABACUS MARKET Administrator, and that the funds used to purchase the SUBJECT DOMAIN NAME are traceable to the SUBJECT OFFENSES and were laundered and comingled with proceeds of drug trafficking via CLUSTER dqw4lf.

25

## THE SUBJECT DOMAIN NAME

53.    As described above, the SUBJECT DOMAIN NAME was purchased by the ABACUS MARKET Administrator using funds traceable to and involved in the SUBJECT OFFENSES.

54.    A search of publicly available WHOIS domain name registration records revealed that the SUBJECT DOMAIN NAME was registered on or about September 25, 2024, through the registrar Namecheap, Inc., which has its headquarters at 4600 East Washington Street, Suite 300, Phoenix, AZ 85034. The publicly available WHOIS database lists the registrant of the SUBJECT DOMAIN NAME as "Redacted for Privacy" which allows website owners to keep their contact details private during the domain name registration process. I have reviewed Namecheap records for the SUBJECT DOMAIN NAME which show that the Registrant is A.Y.

55.    A screenshot of the domain taken on March 23, 2026, is below:



56.    The top-level domain for the SUBJECT DOMAIN NAME is ".com". Verisign currently manages all ".com" domains.

57.    A review of the open-source WHOIS record available via DomainTools indicates that the domain's registration was last updated in September 2024, consistent with the reported acquisition at that time.  There have been no subsequent updates to the registration record.  The absence of any further changes is consistent with continuous ownership since that time.

### SEIZURE OF EGYPT.COM

58.    On April 1, 2026 the Honorable Mariana Bauza Almonte, U.S. Magistrate Judge, District of Puerto Rico, issued seizure warrant 26-262(M) authorizing the seizure of EGYPT.COM as property subject to forfeiture under 18 USC 981(a)(1)(A), 981(b)(1) and 21 USC 853(f). On April 2, 2026 HSI served the warrant on NameCheap, Inc.  the registrar of EGYPT.COM. In response NameCheap, Inc. confirmed EGYPT.COM was restricted pursuant to the warrant, where it has remained since.

59.    On April 6, 2026 and on May 11,2026 HSI emailed two accounts belonging to the suspected intermediary which were used in the acquisition and registration of EGYPT.COM. On May 12, 2026 HSI emailed an account belonging to the suspected Administrator of ABACUS MARKET, which was the account used in the registration of EGYPT.COM and to control the domain. The three emails indicated the recipient's identity had come up in a cybercrime investigation and requested a response. The two emails to the suspected intermediary were returned as undeliverable, indicating the recipient address was no longer an inactive user. No response was received from the email to the suspected Administrator of ABACUS MARKET.

Based on my training and experience, and the facts concerning this investigation, I respectfully believe that sufficient probable cause exists to show that there is material

evidence present of the commission of violations of a Federal Law, to wit: 18 U.S.C. §§ 981(a)(1)(A), 981(b)(1), and 982(a)(1), and 21 U.S.C. § 853(f); giving rise to the forfeiture of the

a. The domain name EGYPT.COM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Philadelphia, PA_ this _21_ th day of July 2026.

Geoffrey Gordon
HSI Special Agent