# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

The Domain Name EGYPT.COM,
    Defendant *In Rem*.

Civil No.:

### MOTION REQUESTING ISSUANCE OF WARRANT OF ARREST *IN REM* PURSUANT TO SUPPLEMENTAL RULE G(3)(b)(i)

TO THE HONORABLE COURT:

COMES NOW, the United States of America, in support of its request for a warrant of arrest *in rem*, respectfully states as follows:

1. Plaintiff has commenced a forfeiture action against the Defendant *in Rem* pursuant to 18 U.S.C. § 981(a)(1)(A) (Any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956, 1957 or 1960 of this title, or any property traceable to such property).

2. The Defendant *in Rem* is in the possession, custody, and control of the United States.

3. Pursuant Supplemental Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control."

4. Pursuant to Supplemental Rule G(3)(c), the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue a warrant of arrest *in rem* for the Defendant *in Rem*.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of July 2026.

HECTOR E. RAMIREZ-CARBO
Acting United States Attorney


*/s/ Andres Orr*
Andres Orr
Assistant United States Attorney
USDC No. G04206
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Andres.Orr @usdoj.gov