UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
**Plaintiff,**

**v.**

The Domain Name EGYPT.com,
**Defendant In Rem,**

Civil No: 26-1467 (RAM)

**NOTICE OF PUBLICATION**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date, plaintiff is filing with this Court an Advertisement Certification Report, Advertisement Copy, demonstrating that notice was published for thirty (30) consecutive days on www.forfeiture.gov, an official government internet site, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

Notice was published for thirty (30) consecutive days from July 24, 2026, through August 22, 2026, as follows:

The Domain Name EGYPT.com
(26-ICE-000713)

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of September 2026.

HECTOR E. RAMIREZ-CARBO
Acting United States Attorney

*/s/Andres Orr*
Andres Orr
Assistant United States Attorney –
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Andres.Orr @usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 2nd day of September 2026.

*/s/Andres Orr*
Andres Orr
Assistant United States Attorney