UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>The Domain Name EGYPT.COM,<br>Defendant *in Rem*. | CIVIL NO.: 26-1467 (RAM) |

**REQUEST FOR ENTRY OF DEFAULT**

TO THE HONORABLE COURT:

Plaintiff, United States of America, hereby requests the entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule G(5)(a)(ii)(A), against the Defendant *in Rem*, and all persons claiming an interest in the Defendant *in Rem* for failure to file a timely claim, answer or otherwise defend this action pursuant to Rule G(5)(a)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of September 2026.

HECTOR E. RAMIREZ-CARBO
Acting United States Attorney

*/s/Andres Orr*
Andres Orr
Assistant United States Attorney –
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Andres.Orr @usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 28th day of September 2026.

*/s/ Andres Orr*
Andres Orr
Assistant United States Attorney