UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff

v.

The Domain Name EGYPT.COM,
Defendant *in Rem*.

CIVIL NO.: 26-1467 (RAM)

**UNITED STATES OF AMERICA'S MOTION FOR DEFAULT DECREE OF FORFEITURE**

TO THE HONORABLE COURT:

COMES NOW plaintiff, United States of America, through the undersigned attorneys, and very respectfully states and prays:

1. The present civil action *in rem*, filed on July 21, 2026, was brought to enforce the provisions of 18 U.S.C. § 981(a)(l)(A). *See* ECF No. 1.
2. Starting on July 24, 2026, Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, announcing the government s intention to forfeit Defendant *in Rem*. Notice of Publication was filed on September 2, 2026. *See* ECF No. 6.
3. Service of process was sent to potential claimant Anna Yakusheva. Process Receipts and Returns included herein as Exhibit "A".
4. To date, no claims have been filed in response to the allegations set out by the verified complaint filed against Defendant *in Rem*. As such, the United States seeks entry of

default and default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

5. Specifically, the United States respectfully requests that this Honorable Court enter a Default Decree of Forfeiture in the present case based on the fact that the complaint has not been answered and no claims have been filed as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and thus, any future claim would be time-barred.

WHEREFORE, it is respectfully requested that a decree be entered by this Honorable Court declaring the forfeiture of the Domain Name EGYPT.COM in favor of the United States of America in accordance to law.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of September 2026.

HECTOR E. RAMIREZ-CARBO
Acting United States Attorney

*/s/Andres Orr*
Andres Orr
Assistant United States Attorney –
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Andres.Orr @usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 28th day of September 2026.

*/s/ Andres Orr*
Andres Orr
Assistant United States Attorney