**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

United States of America

Plaintiff

v.

The Domain Name EGYPT.COM,

Defendant *In Rem*

CIVIL NO. 26-1487(RAM)

**DEFAULT DECREE OF FORFEITURE**

On July 21, 2026, Plaintiff United States of America ("USA) filed a verified complaint for forfeiture *in Rem* [ECF No. 1] against the Defendant *in Rem*. Notice was caused to be published on July 24, 2026, for thirty (30) consecutive days in an official government internet site (www.forfeiture.gov), as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions allowing any person having a claim in the Defendant *in Rem* to state the same before the court. Pursuant to Supplemental Rule G(5)(B), any person who asserted an interest in the defendant *in Rem* had to file a verified claim no later than 60 days after the first day of publication on an official internet government forfeiture site.

Service of process was sent to potential claimant Anna Yakusheva. Pursuant to Supplemental Rule G(4)(b), in order to avoid forfeiture of the Defendant *in Rem*, any person who asserted an

interest in the Defendant *in Rem* had to file a verified claim within 35 days after the date the notice is sent, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice is personally served and not sent by mail.

To date, no claimants have come forward to stake a claim for the Defendant *in Rem* pursuant to Rule G(5)(a)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Plaintiff USA has moved for a default decree of forfeiture because no claim has been filed within the time allotted by Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Court has reviewed the record and has concluded that any claims filed today or in the future are time-barred.

Therefore, the Court enters decree of forfeiture in favor of plaintiff against the Defendant *in Rem*. The defendant The Domain Name EGYPT.COM is forfeited and disposed of according to law by the Immigration and Customs Enforcement-Homeland Security Investigations (ICE-HSI).

The Clerk of the Court shall issue copies of this Default Decree of Forfeiture to counsel of record, Andres Orr, Assistant United States Attorney, and the ICE-HSI.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 19th day of October 2026.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE